No. 94–5843. RODENBAUGH v. SENAPE ET AL. C. A. 3d Cir.;
No. 94–6132. IN RE REIDT; and
No. 94–6133. IN RE GEURIN. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until November 21, 1994, within which to

pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.